O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUANA CASTILLO,                              ) NO. CV 06-2516-E
                                             )
                         Plaintiff,          )
                                             )
         v.                                  )          **JUDGMENT**
                                             )
JO ANNE B. BARNHART, COMMISSIONER  )
OF SOCIAL SECURITY ADMINISTRATION, )
                                             )
                         Defendant.          )
_____)

        IT IS HEREBY ADJUDGED that the decision of the Commissioner

of the Social Security Administration is reversed in part and the

matter is remanded for further administrative action consistent with

the Memorandum Opinion and Order of Remand filed concurrently

herewith.


        DATED:  December 22, 2006.




                            _____/s/_____
                                  CHARLES F. EICK
                            UNITED STATES MAGISTRATE JUDGE